JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE JAMES FLORES,<br><br>Petitioner,<br><br>v.<br><br>W.J. SULLIVAN, Warden,<br><br>Respondent. | Case No. ED CV 17-434 VBF (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: July 15, 2020

*Valerie Baker Fairbank*

HON. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE